**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                     **CASE NO. 4:11CR00190-03 BSM**

**MANUEL MALDONADO**                                                **DEFENDANT**

**FINDINGS OF FACT**

    A.     **Background**

Defendant Manuel Maldonado was found guilty of a number of counts and appealed. The Eighth Circuit Court of Appeals remanded for the limited purpose of inquiry about whether the alternate juror participated in the deliberations. The circuit court's opinion relies in part on the case of *United States v. Allison*, 481 F.2d 468 (5th Cir.), which indicates that four key questions should be answered in a hearing such as this: (1) whether the alternate participated in any way in the deliberations; (2) whether the alternate took part in any votes of the jury; (3) whether the alternate indicated her views regarding the defendant in any way, orally or otherwise; and (4) whether the mere presence of the alternate restrained any of the regular jurors in expressing her views, or restrained the regular jurors from exercising independence of thought or action.

    B.     **Specific Findings**

The alternate juror participated in the deliberations. Although it appears that her participation was minimal, it is clear that she asked questions. As the testimony outlined below indicates, different jurors remember her participation differently. The most reliable

person on this question is the alternate juror herself, who testified that she asked questions but did not indicate her views on whether the defendant was guilty or not guilty.

The alternate did not participate in any votes. Here, again, the most reliable testimony is that of the alternate, who testified that she did not vote. Although two jurors testified that they believe the alternate voted, neither of these jurors was certain. All other jurors testified that the alternate did not vote.

The alternate did not indicate her views regarding the defendant. It appears that the jury was divided between eight to nine jurors who believed the defendant was guilty and three to four jurors who initially believed he was not guilty. The alternate testified that she asked questions but never indicated her views regarding the defendant's guilt. Although two jurors believe the alternate expressed her views because they remember everyone doing so, they do not remember what the alternate may have said. The other jurors either agree with the alternate's testimony that she did not express her views, or they do not remember whether she did so.

Finally, the alternate's presence did not restrain the regular jurors from expressing their views or exercising independent thought. The jury was split at first, and each juror expressed her views before the votes were taken. The alternate did not participate in the discussions between these votes. Moreover, every juror testified that nothing the alternate said or did affected their points of view or the outcome of the case.

C. The Testimony

The jurors were contacted and subpoenas were issued to the thirteen jurors, including the alternate, for the hearing conducted on April 2, 2014. Nine jurors, including the alternate, appeared and answered questions regarding their service. Juror number one was unable to attend the hearing due to a recent hip replacement surgery and did not give testimony. Juror number five had moved from the district and did not give testimony. Juror number ten did not appear because she was attending a family funeral, but appeared by telephone on April 3, 2014, and answered questions under oath.

**The Alternate Juror**

The alternate testified that she was in the jury room during deliberations and that she did participate. Although she did not participate in the discussion early on, she did participate later in the deliberations. She remembers asking questions. She did not vote. She did not indicate her views on whether the defendant was guilty or not guilty. She does not believe any other juror changed his point of view based on anything she said during deliberations.

**Juror No. Two**

Juror number two remembers deliberating and remembers the alternate being in the jury room during deliberations. According to this juror, early in the deliberations, the alternate was seated in a chair that was not at the table where the jurors were deliberating, but at some point later in the deliberations, the alternate was seated at the table. The alternate did not take any votes with the jurors. She does not remember whether the alternate asked

any questions or otherwise participated in the deliberations. She does remember, however, that the alternate never said anything directly to her. Her decision was not influenced by anything the alternate may have said.

**Juror No. Three**

Juror number three remembers serving on the jury and, after having seen the other jurors in the courtroom, remembers the alternate. She remembered the alternate juror being in the jury room during deliberations. She does not remember the alternate changing seats during deliberations and does not believe the alternate asked questions, although she is not 100 percent sure. She states that the alternate was quiet and that she was sick and pregnant. The jury took a couple of votes and there was one holdout every time. While all of the jurors spoke to one another, the juror who was holding out on the guilty verdict never spoke with the alternate about the issues being deliberated.

**Juror No. Four**

Juror number four remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She does not remember where the alternate sat and does not remember whether the alternate participated in deliberations, whether she asked questions, or whether she voiced her opinions. The alternate was very quiet and did not talk a lot. The jury took two or three votes and the alternate did not participate. According to juror number four, no other juror helped her reach the decision that she ultimately reached. She relied on the evidence she heard in the courtroom.

**Juror No. Six**

Juror number six remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She does not remember whether the alternate voiced her views but remembers that the alternate did not vote. Although she does not remember what all of the discussions were, she remembers that everyone, including the alternate, spoke. Although the opinions of the other jurors gave her clarity, she stated that she did not need their opinions to reach the decision she reached. It was clear to her, after she heard the evidence, what her decision would be.

**Juror No. Seven**

Juror number seven remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She remembers that the alternate sat in a chair away from the table at one point in time, but then sat at the table at another time. She believes the alternate participated in the discussions because "we all discussed, you, various things, and she just, you know, was part of it." She is not sure whether the alternate voted but "would think she did." The alternate's participation did not impact her vote because she made up her mind as to what her vote would be in closing arguments. She does not believe the alternate's participation impacted the other jurors because things came together during the deliberations and she does not remember the alternate voicing her opinion as to "this is how it should be" and she does not remember anyone "trying to make anybody change their mind." Nothing the alternate said stands out to her but she stated that two or three jurors had

a hard time finding the defendant guilty.

**Juror No. Eight**

Juror number eight remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. Other than noticing that the alternate sat in a chair away from the table at one point in time, but then sat at the table at another time, he did not pay much attention to the alternate during deliberations. The alternate sat and listened, and spoke about the differences between physical evidence and circumstantial evidence. He does not remember whether the alternate asked questions and does not remember any juror speaking to the alternate about any of the alternate's questions or anything she said.

He remembers three votes. At first, he and two or three other jurors voted not guilty. As the votes were taken, he was one of the last holdouts who voted not guilty. None of the discussions involving the alternate played a role in his decision to change his mind and find the defendant guilty. Ultimately, he listened to one of the other jurors, who told him to look at all of the evidence as a whole and stop looking at each isolated incident. Once he did that, it all came together and he found the defendant guilty. The alternate juror did not, in any way, talk about this with him. He does not believe that the alternate influenced the other jurors because she was not very vocal.

**Juror No. Nine**

Juror number nine remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She remembers that the alternate initially sat

away from the table and later sat at the table. The alternate was very reserved but did participate in the discussion. She does not, however, remember what the alternate may have said during deliberations. She does not remember the alternate asking any questions and no opinions expressed by the alternate stand out. She does not believe that the alternate voted.

She was one of the holdouts and, although uncertain, she believes two or three votes were taken before the defendant was found guilty. She does not recall the alternate participating in any discussions after votes were taken. Nothing the alternate contributed influenced the decision she reached. Her decision was reached after listening to her fellow jurors discuss the reasonable doubt standard, and the alternate was not part of that discussion.

**Juror No. Ten**

Juror number ten remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She believes the jury took a total of five votes, which includes the selection of a foreperson. She does not remember whether the alternate voted on who would be foreperson, and does not believe (although she is not 100 percent sure) that the alternate participated in the discussions or voted on whether the defendant was guilty. Nothing the alternate said or did impacted her vote or how she viewed the case.

**Juror No. Eleven**

Juror number eleven remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. He remembers that the alternate sat away from the table at first but later sat at the table with the other jurors. He does not remember whether

the alternate made a comment or asked a question during deliberations. He remembers the jury taking five or six votes but that the alternate did not vote. The deliberations did not influence his vote. He knew what his vote would be, unless someone offered a more convincing point of view, when he went to the jury room to deliberate. The alternate neither said nor did anything that influenced his vote.

**Juror No. Twelve**

Juror number twelve remembers serving on the jury and remembers the alternate juror being in the jury room during deliberations. She remembers that the alternate sat away from the table at first but later sat at the table with the other jurors. When the alternate sat at the table, she was facing juror number eleven. The alternate deliberated, was involved in all of the discussions in the jury room, and voted. The alternate read the jury instructions, reviewed the evidence, and read over her own notes. The alternate asked questions about the tires. The alternate asked other questions but she cannot recall what those questions were. The alternate participated in other discussions, although she cannot remember what the alternate said.

The jury took two votes regarding its verdict. She voted not guilty the first time and guilty the second time. Nothing the alternate or the other jurors said during deliberations affected her vote. Her decision to change her vote was based on the discussion with her fellow jurors (in which the alternate participated), her notes and the evidence that she read over during deliberations.

Entered this 1st day of May 2014.

                                                                                              UNITED STATES DISTRICT JUDGE