**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                                   **CASE NO. 4:11CR00190-03 BSM**

**MANUEL MALDONADO AGUILAR**                                   **DEFENDANT**

**ORDER**

Pursuant to the Eighth Circuit's opinion and judgment [Doc. Nos.  162 and 163] reversing and remanding for further proceedings consistent with the opinion of the Eighth Circuit, jury trial is scheduled to commence on Wednesday, August 20, 2014, at 9:30 a.m.

Counsel are to be present thirty minutes prior to trial.  Motions in limine and proposed jury instructions should be electronically submitted by Monday, August 4, 2014, in Microsoft Word or Word Perfect format to bsmchambers@ared.uscourt.gov.  Counsel are directed to provide a witness and a separate exhibit list by e-mail to the above address no later than Wednesday, August 13, 2014.

IT IS SO ORDERED this 30th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE